| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Counsel for Defendant |
| 6 | JONATHAN ANTHONY MEZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-0233 LJO-SKO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION CONTINUING STATUS |
| | ) | CONFERENCE; ORDER THEREON |
| v. | ) | |
| | ) | Date: September 17, 2012 |
| JONATHAN ANTHONY MEZA, | ) | Time: 1:00 p.m. |
| RAMON MANJARREZ DEL VAAL | ) | Judge: Hon. Sheila K. Oberto |
| | ) | |
| *Defendants.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jonathan Anthony Meza, and Harry M. Drandell, Counsel for Defendant Ramon Manjarrez Del Vaal, that the status conference currently set for August 6, 2012, may be **continued to September 17, 2012 at 1:00 p.m.**

Initial discovery has been produced by the government. The requested continuance is to allow the parties time for investigation and initial plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3    3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4    best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 2, 2012          By:    */s/ Karen A. Escobar*
                                      KAREN A. ESCOBAR
                                      Assistant United States Attorney
                                      Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 2, 2012          By:    */s/ Peggy Sasso*
                                      PEGGY SASSO
                                      Assistant Federal Defenders
                                      Attorney for Defendant
                                      JONATHAN ANTHONY MEZA


DATED: August 2, 2012          By:    */s/ Harry M. Drandell*
                                      HARRY M. DRANDELL
                                      Attorney for Defendant
                                      RAMON MANJARREZ DEL VAAL


**ORDER**

IT IS SO ORDERED.

**Dated:    August 2, 2012**              /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE